UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **MARSHALL CASTON** | **CIVIL ACTION NO. 07-1520** |
| VS. | SECTION P |
| **FRANKLIN PARISH DETENTION CENTER, ET AL** | **JUDGE JAMES**<br>**MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii) and 1915A(b)(1).

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this the 19th day of December, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE